IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAXTER BAILEY & ASSOCIATES, INC., <br> Plaintiff, <br><br> v. <br><br> NW SIGN INDUSTRIES, INC., <br> Defendant. | CASE NO. 1:15-cv-08193-RMB-AMD |

**FINAL JUDGMENT BY DEFAULT**

This matter having been opened to the Court by plaintiff, Baxter Bailey & Associates, Inc., by its attorneys, Keenan Cohen & Merrick P.C., seeking the entry of Final Judgment by Default pursuant to FED. R. CIV. P. 55(b) against the defendant, NW Sign Industries, Inc., for its failure to plead or otherwise defend in this action; and the Court having reviewed the moving papers; and good cause having been shown:

IT IS ON THIS __10th__ day of __June__, 2016,

ORDERED, that default judgment is hereby entered in favor of plaintiff, Baxter Bailey & Associates, Inc., and against defendant, NW Sign Industries, Inc., in the amount of $~~117,884.66~~ $94,307.73 *.

_____
HONORABLE RENEE MARIE BUMB

\* Plaintiff's request for attorney's fees in the amount of $23,576.93 is denied without prejudice for failure to provide the Court with any analysis as to why such fees are reasonable. See, e.g. Wagner v. Shinseki, 733 F. 3d 1343, 1349-50 (Fed. Cir. 2013). Plaintiff shall have 30 days from the entry of this Order to file a renewed motion to amend this Order. In the event no motion is filed, the Court will direct the Clerk to close the file.